Oxford Dictionaries

ABOUT | HELP | LOG IN

SELECT LANGUAGE **English**



Dictionary  Synonyms  Grammar  Explore

ENGLISH ... **US English**  | butt dial |



**Kroger** Fresh food. Low prices.  $3^{49}$ With Card  **Hellmann's Mayonnaise**  Hover for Ad  Valid until Aug. 30

home    US English    butt-dial

Definition of *butt-dial* in English:

# butt-dial

*US* *informal*

**VERB**  (**butt-dials, butt-dialing, butt-dialed**; *British* **butt-dials, butt-dialling, butt-dialled**)

[WITH OBJECT]

Inadvertently call (someone) on a mobile phone in one's rear pants pocket, as a result of pressure being accidentally applied to a button or buttons on the

**Most popular in the US**

1. mic drop
2. janky
3. harambee
4. balayage
5. saudade

= trending



**Different than, different from, or different to?**



phone:

*'I have had several people butt-dial me, from former girlfriends to my brother'*

More example sentences

---

**NOUN**

**(butt dial)**

An inadvertent call made on a mobile phone in one's rear pants pocket, as a result of pressure being accidentally applied to a button or buttons on the phone:

*'who hasn't received a butt dial at some point and listened to their friends chatting, singing, or even talking to themselves?'*

More example sentences

---

**For editors and proofreaders**

Syllabification: butt di·al

---

**Definition of butt-dial in:**

- British & World English dictionary

---

**What do you find interesting about this word or phrase?**

*Comments that don't adhere to our Community Guidelines may be moderated or removed.*

**1 Comment**          Sort by   Oldest ▾



Quiz: can you complete the book title?



10 tips on how to improve your writing



Unusual words with surprising meanings



Esperanto, chocolate, and biplanes in Braille: the interests of Arthur Maling

Add a comment...

**Kevin Alves** ·
Independent Living Specialist at Life, according to Kevin

it's a pocket call you make when you butt dial your phone

Like · Reply · Aug 27, 2015 9:26am

Facebook Comments Plugin



Not Enough Vets Claim These Amazing VA Benefits

MNS    33 mins ago

**TEST YOURSELF**

**Types of Dance**

1) Which of the following is a type of dance?

○ Linda Hop

○ Lindy Hop

Next   0/0

**WORD OF THE DAY**

**antepart um**

**Nearby words**

butt naked

butt ugly

**butt-dial**

butte

butter

OXFORD
UNIVERSITY PRESS

☐   English (US)   ☐

butt-dial: definition of butt-dial in Oxford dictionary (American English) (US)

© 2016 Oxford University Press     Contact us     Privacy policy & legal notice     Browse dictionary     Help     About